

**Entered on Docket
March 09, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
302 E. Carson Avenue, Suite 300
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
Email: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S 09-10353 MKN |
| ) | Chapter 13 |
| HENRY J. SILVA and TINA J. SILVA, ) | |
| ) | Date:   N/A |
| Debtor(s). ) | Time:   N/A |
| ) | |

**EX-PARTE ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

As the above-captioned Debtors have not complied with 11 U.S.C. § 521(i) in that the Debtors have not filed Summary of Schedules, Schedules A through J, Statement of Financial Affairs and proposed Chapter 13 Plan as required within the forty-five (45) day period, which expired on February 26, 2009.

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtors' failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/    Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
302 E. Carson Avenue, Suite 300
Las Vegas, Nevada  89101
Dated:         3/05/09
(MJB)

2

###