KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89101
Telephone: (702) 853-0700
Email: kal13mail@las13.com

*Electronically Filed on 4/10/09*

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HENRY J. SILVA and TINA J. SILVA,<br><br>                          Debtor(s). | BK-S 09-10353 MKN<br>Chapter 13<br><br>Date:    N/A<br>Time:   N/A |

**NOTICE OF ENTRY OF EX PARTE ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

**PLEASE TAKE NOTICE** that the **Ex Parte Order Dismissing Chapter 13 Case Pursuant to 11 U.S.C. Section 521(i)** was filed and entered on this Court's docket on or about March 9, 2009.

DATED:    April 10, 2009

/s/    Mickey J. Bell
MICKEY J. BELL, An Employee of
KATHLEEN A. LEAVITT, TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89101

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; that on the __10th__ day of April, 2009, I mailed a copy of the **Notice of Entry of Ex Parte Order Dismissing Chapter 13 Case Pursuant to 11 U.S.C. Section 521(i)** together with a copy of said **Order** to each of the following by depositing a copy in the United States mail at Las Vegas, Nevada, in sealed envelopes containing first class prepaid postage, addressed as follows:

### *SEE ATTACHED MAILING MATRIX*

/s/    Mickey J. Bell
MICKEY J. BELL, an Employee of
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 09-10353-mkn<br>District of Nevada<br>Las Vegas<br>Wed Mar  4 15:23:07 PST 2009 | CAPITAL ONE AUTO FINANCE<br>P.O. BOX 829009<br>DALLAS, TX 75382-9009 | ~~United States Bankruptcy Court~~<br>~~300 Las Vegas Blvd., South~~<br>~~Las Vegas, NV 89101-5833~~ |
| Afni, Inc.<br>Acct No 2024870943<br>Attn: DP Recovery Support<br>Po Box 3427<br>Bloomington, IL 61702-3427 | Allstate Adj<br>Acct No 141572568981<br>1050 E Flamingo Rd<br>Las Vegas, NV 89119-7427 | Amc Mortgage Services<br>Acct No 8740064144710<br>505 South Main Street Ste 6000<br>Orange, CA 92868-4518 |
| Armada Cor<br>Acct No 1227631<br>93 Eastmont Ave<br>East Wenatchee, WA 98802-5305 | Bank Of America<br>Acct No 05<br>Nc4-105-03-14<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8110 | Capital One Auto Finance<br>Acct No 62062127062181001<br>3901 N Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance<br>P.O. Box 829009<br>Dallas, Texas 75382-9009 | Citibank Na<br>Acct No 6952477<br>Attn.:   Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Clark County Collectio<br>Acct No 372218<br>6124 W Sahara Ave<br>Las Vegas, NV 89146-3051 |
| Cmre Financial Services Inc<br>Acct No T710EPM3153060016<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 | Coast 2 Coast Financia<br>Acct No C2C11RES011410798<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA 91360-5831 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 |
| Cr Sys Fox<br>Acct No 893912<br>1055 Winneconne Ave.<br>Neenah, WI 54956-3187 | Creditburcen<br>Acct No 9A2639200<br>2355 Red Rock St Ste 200<br>Las Vegas, NV 89146-3106 | DEPARTMENT STORES NATIONAL BANK/MACYS<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 |
| Dolr Ln Cent<br>Acct No 222554<br>6122 W Sahara Ave<br>Las Vegas, NV 89146-3051 | Dsnb Macys<br>Acct No 520299575820<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Emc Mortgage<br>Acct No 5892712396<br>Attention:  Bankruptcy Clerk<br>Po Box 293150<br>Lewisville, TX 75029-3150 |
| First USA Bank - Chase<br>Acct No 441712421413<br>Attention:  Card Member Services<br>Po Box 15548<br>Wilmington, DE 19886-5548 | Fremont Investment & Loan<br>Acct No 1000167525<br>2727 E. Imperial Hwy<br>Brea, CA 92821-6713 | GEMB / Dillards<br>Acct No 604587014677<br>Attention:  Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| GEMB / HH Gregg<br>Acct No 438409788<br>Attention:  Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 | GEMB / Mervyns<br>Acct No 604589106778<br>Attention:  Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 | Gemb/service Merchandi<br>Acct No 548047920121<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Hsbc Bank<br>Acct No 5488975006223146<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Best Buy<br>Acct No 700116500144<br>Attn: Bankruptcy<br>Po Box 6985<br>Bridge Water, NJ 08807-0985 | Hsbc/rs<br>Acct No 6804122510<br>Hsbc Retail Services Attn: Bankruptcy<br>Po Box 15522<br>Wilmington, DE 19850-5522 |

| | | |
|---|---|---|
| Ibew Plus Credit Union<br>Acct No 910507310100<br>1900 S Jones Blvd<br>Las Vegas, NV 89146-1240 | JC Penney<br>Acct No 4687641367<br>Attention: Bankruptcy Department<br>Po Box 103106<br>Roswell, GA 30076-9106 | James B Nutter & Co<br>Acct No 248791<br>4153 Broadway St<br>Kansas City, MO 64111-2619 |
| Knight Adj<br>Acct No 950007<br>823 E 400 S<br>Salt Lake City, UT 84102-2903 | Lendco<br>Acct No 3002222864<br>Pob 680020<br>Franklin, TN 37068-0020 | Palermo Homeowners Association<br>C/O Excellence Community Management LLC<br>601 Whitney Ranch Drive B-10<br>Henderson, NV 89014-2643 |
| Progressive Management System<br>Acct No 16161117<br>Po Box 2220<br>West Covina, CA 91793-2220 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR ORION<br>AS ASSIGNEE OF UNIVERSITY MEDICAL CENTER<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | SELECT PORTFOLIO SERVICES<br>PO BOX 65450<br>SALT LAKE CITY UT 84165-0450 |
| Select Portfolio Svcin<br>Acct No 2770007244254<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Seven Hills Master<br>c/o Excellence Community Master<br>PO Box 63185<br>Phoenix, AZ 85082-3185 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>Acct No 34359<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | (p)TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DRIVE<br>SUITE 400<br>NORTH RICHLAND HILLS TX 76180-6036 | Visdsnb<br>Acct No 4308517030400687<br>Bankruptcy<br>6356 Corley Rd<br>Norcross, GA 30071-1704 |
| Wf Fin Bank/Wells Fargo Financial<br>Acct No 438884000242<br>Attn: Bankruptcy Dept<br>2143 East Convention Center Way #20<br>Ontario, CA 91764-4400 | Wffinancial<br>Acct No 104070581480314<br>2960 Saint Rose Pkwy Ste<br>Henderson, NV 89052-4447 | ELIZABETH R. DEFLYER<br>HAINES AND KRIEGER<br>1020 GARCES AVENUE<br>LAS VEGAS, NV 89101-7020 |
| GEORGE HAINES<br>HAINES & KRIEGER, L.L.C.<br>1020 GARCES AVE., STE 100<br>LAS VEGAS, NV 89101-7020 | HENRY J SILVA<br>1209 DIAMOND VALLEY STREET<br>HENDERSON, NV 89052-3018 | ~~KATHLEEN A. LEAVITT~~<br>~~302 E. CARSON #300~~<br>~~LAS VEGAS, NV 89101-5922~~ |
| TINA J SILVA<br>1209 DIAMOND VALLEY STREET<br>HENDERSON, NV 89052-3018 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Conseco Finance<br>Acct No 88365477<br>Po Box 6154<br>Rapid City, SD 57709 | Triad Financial Corp<br>Acct No 40000131187340001<br>5201 Rufe Snow Dr Ste 400<br>North Richland Hills, TX 76180 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SELECT PORTFOLIO SERVICING INC

(u)Citifinancial
Acct No 6072883837019901
Regional Specific please call 800-922-62

(u)Green Tree Servicing L
Acct No 6914733024

(u)Security Credit Servic
Acct No 470145

End of Label Matrix
Mailable recipients    51
Bypassed recipients     4
Total                  55