**Entered on Docket
April 05, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: )<br>)<br>WALT A. WALTERS, )<br>)<br>        Debtor. )<br>_____ )<br>)<br>ANDREW DONALD MURPHY; CONNIE )<br>MURPHY; FIRST AMERICAN TRUST FSB, as )<br>Trustee of the Andrew Donald Murphy IRA )<br>Account, )<br>)<br>        Plaintiffs, )<br>)<br>vs. )<br>)<br>WALT A. WALTERS dba AMERICAN )<br>MORTGAGE COMPANY, )<br>)<br>        Defendant. )<br>_____ ) | BK-S-09-26137-BAM<br>Chapter 7<br><br><br><br>Adv. Proceeding No.: 09-1353-BAM<br><br><br><br>**Date:    June 14, 2010**<br>**Time:   1:30 p.m.** |

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

     The settlement conference currently scheduled for April 23, 2010, at 9:30 a.m. is rescheduled for **June 14, 2010, at 1:30 p.m.**, before Bankruptcy Judge John L. Peterson, in the Judges' Conference Room, located on the third floor of the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

     All counsel of record that will be participating in the trial of this case, all parties appearing pro se, if any, and all individual parties must be present.

     In the case of non-individual parties, counsel shall arrange for a representative, with binding

authority to settle, to be present in court for the duration of the settlement conference.

**Any requested exception to the attendance requirements must be submitted to the judge assigned to the case for approval in advance of the settlement conference.**

## PREPARATION FOR SETTLEMENT CONFERENCE

**No later than ten business days before the settlement conference, the parties shall exchange written settlement offers. No later than seven business days before the settlement conference each party shall submit a confidential settlement conference statement,** *which will include a copy of the last settlement offer,* to the chambers of Judge Markell for <u>in</u> <u>camera</u> review by the settlement conference judge. If not timely filed, sanctions may be imposed. The settlement conference statement shall be no longer than 5 double-spaced pages. The settlement conference statement shall contain the following:

1. A brief statement of the nature of the action.

2. A concise summary of the evidence that supports your theory of the case, including information documenting your damages claims. You may attach to your statement a limited number of documents or exhibits that are <u>especially</u> relevant to key factual or legal issues.

3. A brief analysis of the key issues involved in the litigation.

4. A discussion of the strongest points in your case, both legal and factual, <u>and a frank discussion of the weakest points as well</u>. The court expects you to present a candid evaluation of the merits of your case.

5. A further discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.

6. A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.

7. The settlement proposal that you believe would be fair.

8. The settlement proposal that you would honestly be willing to make in order to conclude this matter and stop the expense of litigation.

2

The settlement conference statement should be delivered to chambers in an envelope clearly marked "Contains Confidential Settlement Brief."

The purpose of the settlement conference statement is to assist the judge in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your <u>utmost candor</u> in responding to all of the above listed questions is required. The confidentiality of each statement will be strictly maintained, and following the conference, the statements will be destroyed.

DO NOT SERVE A COPY ON OPPOSING COUNSEL. DO NOT DELIVER OR MAIL THE STATEMENT TO THE CLERK'S OFFICE.

**The settlement conference shall not be continued or vacated without prior approval of the judge assigned to the case.**

FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS. IF THE MATTER IS SETTLED BEFORE THE SETTLEMENT CONFERENCE DATE, THE PARTIES MUST NOTIFY THE CALENDAR CLERK OF THE JUDGE ASSIGNED TO THE CASE SO THAT THE MATTER CAN BE TAKEN OFF CALENDAR.

IT IS SO ORDERED.

Copies sent to:

DEAN G RALLIS on behalf of Plaintiff FIRST AMERICAN TRUST FSB,
drallis@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com

SAMUEL A. SCHWARTZ on behalf of Defendant WALT WALTERS
sam@schwartzlawyers.com, ecf@schwartzlawyers.com

JOHN M SAMBERG on behalf of Plaintiff FIRST AMERICAN TRUST FSB,
333 SOUTH HOPE STREET, 35TH FLOOR
LOS ANGELES, CA 90071

JOHN M SAMBERG on behalf of Plaintiff FIRST AMERICAN TRUST FSB,
9190 DOUBLE DIAMOND PARKWAY
RENO, NV 89521

# # #